1  STEVE W. BERMAN
    GEORGE W. SAMPSON
2  TYLER WEAVER
    HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
4  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
5  steve@hbsslaw.com
    george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
    HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
    Washington, D.C. 20006
9  Telephone: (202) 355-6435
    Facsimile: (202) 355-6455
10  jenniferc@hbsslaw.com

11  *Attorneys for Plaintiffs*

**JS-6**

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION  CV 06-2382 SVW

14

15  IN RE LIVE CONCERT
    ANTITRUST LITIGATION

Case No.: 2:06-MDL-01745 SVW (VBKx)

16

17

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** & ORDER

18  This document relates to all actions.

Hearing:  None
19  Time:    None
20  Courtroom: 6
    Judge:    Hon. Stephen V. Wilson
21  Trial Date: None

22

23

24  IT IS SO ORDERED
    Dated  JUN 2 2 2012
25

26

    United States District Judge
27  STEPHEN V. WILSON

28

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions

2   consolidated for purposes of coordinated pretrial proceedings;

3   WHEREAS, the parties have reached a global settlement of all twenty-two

4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-

5   two actions with prejudice;

6   NOW, THEREFORE, the parties, by and through their attorneys of record,

7   and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE

8   that this MDL and the following member actions are hereby dismissed with

9   prejudice:

10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW

11   (RCx) (Chicago Region);

12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-

13   SVW (RCx) (New York/New Jersey Region);

14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-

15   SVW (RCx) (Boston Region);

16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,

17   2:05-cv-06704-SVW-VBK (Los Angeles Region);

18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-

19   04987-SVW-VBK (Denver Region).

20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-

21   SVW (RCx) (South Florida Region);

22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-

23   2382-SVW (RCx) (Philadelphia Region);

24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-

25   SVW (RCx) (Northern California Region);

26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-

27   SVW (RCx) (Michigan Region);

28

1    (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3    (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5    (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7    (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9    (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11    (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13    (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15    (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17    (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19    (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21    (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23    (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25    (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1

2   Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

3

4   By: /s/ Jennifer F. Connolly
        Jennifer F. Connolly
5       1629 K St. NW, Suite 300
        Washington, D.C.  20006
6       Tel.: (202) 355-6435
        Fax:  (202) 355-6455
7       E-mail:  JenniferC@hbsslaw.com

8   Elaine T. Byszewski
    Lee M. Gordon
9   HAGENS BERMA SOBOL SHAPIRO LLP
    700 South Flower Street, Suite 2940
10  Los Angeles, CA  90017
    Tel.: (213) 330-7150
11  Fax: (213) 330-7150
    E-mail:  Lee@hbsslaw.com
12              Elaine@hbsslaw.com

13  Steve W. Berman
    George Sampson
14  Tyler Weaver
    HAGENS BERMAN SOBOL SHAPIRO LLP
15  1918 Eighth Ave., Suite 3300
    Seattle, WA  98101
16  Tel.: (206) 623-7292
    Fax.: (206) 623-0594
17  Email:  steve@hbsslaw.com
            george@hbsslaw.com
18          tyler@hbsslaw.com

19  Kenneth A. Wexler
    Mark R. Miller
20  WEXLER WALLACE LLP
    55 W. Monroe, Suite 3300
21  Chicago, IL  60603
    Tel.: (312) 346-2222
22  Fax:  (312) 346-0022
    E-mail: kaw@wexlerwallace.com
23          mrm@wexlerwallace.com

24

25

26

27

28

STIPULATED DISMISSAL

-4-

2:06-MDL-01745 SVW (VBKx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

***Co-Lead Counsel and Executive Committee Members***

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
        kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

***Executive Committee Members***

1    Dated:  May 22, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:    /s/ Jonathan M. Jacobson
       Jonathan M. Jacobson
       1301 Avenue of the Americas
       40th Floor
       New York, NY  10019
       Telephone:  (212) 999-5800
       Facsimile:  (212) 999-5899

       Colleen Bal
       Wilson Sonsini Goodrich & Rosati PC
       650 Page Mill Road
       Palo Alto, CA 94304
       Telephone:  (650) 493-9300
       Facsimile:  (650) 493-8111

       MINTZ LEVIN COHN FERRIS GLOVSKY
       AND POPEO, P.C
       Harvey I. Saferstein
       2029 Century Park East, Suite 1370
       Los Angeles, California 90067
       Telephone:  (310) 586-3200

       **Attorneys for Defendants**